GRAND COURT OF THE STATE OF NEW YORK OF THE
FORESTERS OF AMERICA, Respondent, *v.* MINZIANTE
SENESE et al., Appellants.

*Grand Court, State of N. Y. of Foresters of America* v. *Senese,* 188
App. Div. 893, appeal dismissed.

(Submitted May 19, 1919; decided May 27, 1919.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered April 14, 1919, affirming a
judgment in favor of plaintiff entered upon a decision
of the court on trial at Special Term.

The motion was made upon the ground that the
affirmance by the Appellate Division was unanimous
and permission to appeal had not been obtained.

*John MacCrate* and *Forrest S. Chilton* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.

---

PETER J. PIERSON, Respondent, *v.* INTERBOROUGH
RAPID TRANSIT COMPANY, Appellant.

Reported below, 184 App. Div. 678.

(Argued May 19, 1919; decided May 27, 1919.)

MOTION to dismiss an appeal, by permission, from a
judgment of the Appellate Division of the Supreme
Court in the first judicial department, entered November
13, 1918, *unanimously* affirming a judgment in favor of
plaintiff entered upon a verdict.

The motion was made upon the ground that the appeal
raised no question of law; that the exceptions were
frivolous, and the appeal without merit and taken solely
for the purpose of delay.

*John C. Robinson* for motion.

*Frederick M. Moses* opposed.

Motion denied, without costs.